FILED: April 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7606
(7:11-cv-00262-GEC-PMS)

_____

ADIB EDDIE RAMEZ MAKDESSI

      Plaintiff - Appellant

v.

LT. FIELDS; SGT. KING; CAPT. GALLIHAR; DAVID BELLAMY; GLEN BOYD; JANE DOE; THOMAS HALL

      Defendants - Appellees

 and

HAROLD W. CLARKE, Director of Virginia Corrections; TIMOTHY SUMPTER; BRANDON WOODWARD; CLARENCE SHUPE; DENNIS SLUSS

      Defendants

_____

O R D E R

_____

The Court assigns Stephen Kiehl to represent appellant on appeal.

Counsel is referred to the memorandum on **Payment of Court-Assigned Counsel** for information on maintaining time and expense records and obtaining a

fee exempt PACER account for electronic access to documents in court-assigned cases.

Counsel's assignment to this case as a member of this court's CJA/Discretionary Panels authorizes counsel to obtain and use a fee exempt CJA Panel Attorney account to provide representation in this case.

Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer, **www.ca4.uscourts.gov**. All filings must comply with this court's **Memorandum on Sealed and Confidential Materials**. Counsel shall file an **Appearance of Counsel form** within 14 days of the date of this order.

                                               For the Court

                                              /s/ Patricia S. Connor, Clerk