THF

All below actions are connected due to retaliation

Copies of This are sent To:

1- Fourth Circuit Court of Appeals, Richmond, VA
   No. 13-7606    Adib Eddie Ramez Makdessi v. Lt. Fields, et al.,
   7:11-CV-262

2- Federal District Court, Roanoke, VA
   Adib Eddie Ramez Makdessi v. L.J. Fleming, et al.,
   7:13-CV-79
   Adib Eddie Ramez Makdessi v. Hinkle, et al.,
   7:14-CV-34

3- Attorneys assigned by the Fourth Circuit, Attorney Danial Suleiman and Stephen Kiehl.

4- Attorney General of Virginia, Richmond, VA

5- Director of Department of Corrections in Richmond, VA
   as PRIOR NOTICE and Complaint.

## Proof For Need to have Emergincy Order of Protection and Prior Notice

COME NOW the Plaintiff and submits all this new Findings and indangerments and violations, and states as Follows:

1- This River North prison officials had told the inmates gangsters in this protective custody pod that they are appointed as representitives and delegates and to orginize themselves and make plans to set me up and get rid of me because I am a snitch and keep complaining, unless they can control me and I will have to oby orders and keep paying for protection. And this will make prison officials and

1

including the director of D.O.C. Liable for Law suits for approving the appointment of the inmates as prison officials and I can name the inmates as prison officials in my Law suits because they are officially assigned by this prison to act as prison officials and given powers, and officially called representitives and delegates.

Representitive: C. Gammon, inmate in protective custody

Delegates: Palmer, Lewis, Witt, Hagan, Ferrell, J. Knight, Zhu.

They are all inmates in protective custody pod, and there are more.

2- The investigator who was named as (John Doe) in the Law Suit currently on (appeal No. 13-7606) and in (7:11-CV-262, ECF 74, page 2) I did state that he was the Lt. (John Doe) that TORTURED me by pushing on my broken ribs and all my wounds in the Xray room and threatened me to keep my mouth shut, and he was part of the distruction of the evidence, the bloody cloths in the sealed envelope. The Attorney General had lied to the Federal District Court that this second Lt. investigator (John Doe) does not exist and his name as (John Doe) was somehow removed. I found out that he does exist few months ago, because he was transfered from Wallens Ridge prison to this River North prison three months ago and no officers would give me his name, when I seen him, I knew it was him, then one month ago I asked a new officer his name and he said Lt. McBride investigator from Wallens Ridge prison, and he in in my original complaint and statement filed and should have been part of the Law suit, but I did not have good attorneys assigned and now its on appeal and I am hoping the new appeal attorneys are good and will make him part of this, once they become officially appointed.

3- This Lt. McBride investigator, he is part of the orginized gangstess

2

in this pod who call themselves representitives and delegates because they are assigned by this prison officials and this investigator, and the gangs in this pod and everyone is talking about me and the plan, Few inmates told me that they know that I was at Wallens Ridge prison and what had happened to me for being a snitch, and they are told by this investigator and prison officials that I am the person that had the hit on my life and should have got killed by their fellow brothers the gangsters desciples at Wallens Ridge prison.

    Prison officials are attempting to get the gangsters at top tear come out together with the bottom tear and this way there will be greater chance for me to be killed during pod recreation, because its been known to have so much more fights this way, and because the gangsters wants it this way so they can run their store-boxes and extortions.

    Many Motions for protections filed and never granted
No. 7:13-CV-79   ECF 14 Filed 4-22-2013, ECF 15 Filed 4-22-2013
                ECF 49 Filed 11-7-2013
No. 7:14-CV-34   ECF 8   Filed 2-4-2014

    In addition to the motions for order of protections filed and was never granted are so much more violations and retaliations.

    This is some of the many violations and indangerments in this protective custody pod, and its all on security video with high tech voice recording:

1- 2-28-2014 around 4:35 PM a fight happened and sexual harassments in this pod, in front of officers and nothing was done, and it was covered-up.

2- 2-24-2014 between 3 PM to 5 PM the gangsters ordered the officer to open my door and ordered me to let him use my glasses and made me get out of my cell to serve him, and that's how much power gangsters have in this protective custody pod.

3

3- 3-7-2014 around 3:11 PM the gangster in cell A-115 took his shirt off in the pod and said Loud F-this place, they are not going to do anything, he had been saying this and acting out because the officers did not do anything to him when he stole the three trays extra few days ago.

4- 3-15-2014 around 7:00 PM gangster who is predetor who allways takes his penis out and flashes and masterbate in front of females and nothing is done to stop him, he was standing in fron of the shower watching me take a shower and officers allow it.

5- 4-15-2014 around 11:30 AM during Lunch, gangster (spanki) was yeling Loud at officer and went up to him in a threatning maner and officer Hash did not say anything, gangsters in this protective custody pod have so much power.

6- 4-1-2014 around 8:10 PM and 4-2-2014 around 7:00 PM the gangster was allowed to come up to my cell and get commissary

7- 4-3-2014 around 11:55 AM gangster (Troble) cell-A-133 walked up to cell A-115 and threatened him and it was Loud saying if the door was open he would beat him up.

8- 4-8-2014 around 10:45 AM gangster (spanki) ran after an inmate in this P.C. Pod and was Loud wanted to beat him up, there was no officer in the pod, I was in my cell and pushed the emergincy button, Unit Manager came in and did not do anything and did not lock the gangster who allways fights.

9- once again on 4-17-2014 P-Town had intimidated me into giving him commissary and told me he will give some back and insted he sexually harassed me, this had been going on since wallens Ridge prison

Then the same day P-Town came into my cell and robed some of my medication that I had on the bed and threatened me and said

4

suck my dick when I seen him go in my cell when I was standing in line for meds, he also took my few soups I had on the table, and officers in this pod never seen anything.

10- 4-4-2014 around 2:20 PM to 2:30 PM Rabit and P-Town in cell A-117 & A-104 said he wanted me to suck his dick for a bag of coffee. I reported this to unit manager Doss and nothing was done.

11- 4-21-2014 around 7:45 AM morning, P-Town started saying suck my dick very loud in the pod and he realized I will report him again then he looked-up and started to say to Viny standing outside cell A-139 to suck his dick and called him a snitch and to come down and suck his dick or do something. The security video with voice high tech recording will prove it all

12- 4-22-2014 around 6:50 PM P-Town cell A-104 came up to the table I am standing at, and threatened me and threatened everyone also at that table Peter A-110 and Lee cell A-107 and Joe cell A-110 and my cellmate A-105 Sandberg, then he told Peter to suck his dick and was very loud about it, I kept saying to stay away from me but he came back again to the table around 6:55 and again 7:18 PM, again 7:37 PM and more threats and intemidations and officers will not do anything about it. its all on high tech voice security video

5

I had reported so much of the above to Unit Manager Doss and to the counselor, and filed complaints about it, but was dismissed and no investigations, sexual harassments/assaults are not taken seriously, and I do **not** want to go to segregation in retaliation for pushing the issues and therefore I am reporting it to the Director and Courts and hoping I will not be placed in segregation as a result of this complaint and motion.

I certify under penalty of perjury that all the above are true and correct.

All can be proven by the high tech voice security video.

Respectfully Submitted

*[signature]* 4-23-2014
Adib Eddie Ramez Makdessi, #1187926
River North Correctional Center
329 Dell Brook Lane
Independence, VA 24348

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on 4-23-2014, I have placed copies of this Complaint/Motion in this prison U.S. Post box and served copies on all who are shown on page 1.

*[signature]* 4-23-2014

6